UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK –

| | |
|---|---|
| IN RE: | Case No. 09-16009 JMP |
| MARTINEZ, CARLOS J. | Chapter 7 |
| | **STATEMENT OF UPAID DISTRIBUTION CHECKS** |
| Debtor(s) | |

**TO    THE CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

GREGORY MESSER, the Trustee herein, respectfully represents and alleges:

1.  A final distribution was made to the creditors of the above-mentioned,

2.  More than ninety (90) days have elapsed since the distribution of these checks and the Trustee finds that several checks have not cleared the Trustee's account.

3.  The Trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $231.54. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

4.  Attached hereto is a check in the above amount which the Trustee desires to deposit with the Clerk of this court in accordance with Section 341 of Title 11 of the United States code and Bankruptcy Rule 3011

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 2P | NYS DEPT OF TAX AND FINANCE BANKRUPTCY SECTION, PO BOX 5300 ALBANY, NY 12205 | 231.40 | 231.40 |
| 2U | NYS DEPT OF TAX AND FINANCE BANKRUPTCY SECTION, PO BOX 5300 ALBANY, NY 12205 | 1.03 | 0.14 |
| | Total Unclaimed Dividends | | $231.54 |

Dated: October 31, 2011
      Brooklyn, New York

GREGORY M. MESSER, TRUSTEE

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
September 1 - September 30, 2011

**09-16009**
**MARTINEZ, CARLOS J., DEBTOR**
**GREGORY  MESSER (0000520009)**
**TRUSTEE**
26 COURT STREET
SUITE 2400
BROOKLYN, NY 11242

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** | | | |
| 92000258877066 | | $231.54 | $231.54 |
| **Total** | | $231.54 | $231.54 |

## Important Information Regarding Your Account

COLUMBUS DAY, OCTOBER 10TH, AND VETERAN'S DAY, NOVEMBER 11TH, ARE BANK
HOLIDAYS AND ANY BANKING TRANSACTIONS CONDUCTED ON THESE DAYS WILL BE
POSTED THE FOLLOWING BUSINESS DAY. HOWEVER, THE BMS BANKING CENTER WILL BE
AVAILABLE DURING NORMAL BUSINESS HOURS FOR ASSISTANCE. THE BMS BANKING
CENTER IS AVAILABLE MON-FRI 8AM TO 8PM ET AT (800) 634-7734, OPTION 8.

**As of September 30, 2011, the funds for this case were on deposit in the following institutions as shown below:**

| | |
|---|---|
| Citi | $231.54 |
| **Grand Total:** | **$231.54** |

G-m 10/13/11

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
September 1 - September 30, 2011

**09-16009**
**MARTINEZ, CARLOS J., DEBTOR**
**GREGORY  MESSER (0000520009)**

**CHECKING ACCOUNT SUMMARY**                                              **Account No. 9200025867066**

|  | Instances | Amount |
|---|---|---|
| **Beginning Balance** |  | $231.54 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 0 | $(0.00) |
| **Ending Balance** | 0 | $231.54 |

**As of September 30, 2011, the funds for this account were on deposit in the following institutions as shown below:**
Citi                                             $231.54
**Grand Total:**                          **$231.54**